## 36202. FIRE & CASUALTY INSURANCE COMPANY OF CONNECTICUT *v.* FIELDS *et al.*

FELTON, C. J. In accordance with the judgment of the Supreme Court which reversed the judgment of this court on certiorari (*Fire & Casualty Ins. Co. of Connecticut* v. *Fields*, 212 *Ga.* 814, 96 S. E. 2d 502), the judgment of the trial court in favor of the plaintiffs is reversed.

*Judgment reversed. All of the Judges concur.*

DECIDED FEBRUARY 26, 1957.

*Hurt, Gaines, Baird, Peek & Peabody, J. Corbett Peek, Jr.*, for plaintiff in error.

*Sidney I. Rose, Rose & Robertson*, contra.